**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, New York 10007

December 15, 2010

**BY FACSIMILE**
The Honorable George A. Yanthis
United States Magistrate Judge
United States Courthouse
300 Quarropas Street, Room 118
White Plains, NY 10601-4150

RECEIVED DEC 15 2010 CHAMBERS OF GEORGE A. YANTHIS U.S.M.J.

Re:  *William L. Ball v. John Santoro et al.*,
     No. 10 Civ. 133 (TGP) (GAY)

Dear Judge Yanthis:

This Office represents the sixteen defendants in this action, all of whom are employees of the United States Postal Service (collectively, the "Defendants"), in this action brought by pro se plaintiff USPS employee William L. Ball. On December 2, 2010 plaintiff filed a motion pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure seeking various costs he incurred in connection with personally serving the Defendants pursuant to Rule 4 (the "Motion"). I am writing on behalf of the Defendants, and with plaintiff's consent, to respectfully request a three-week extension to oppose plaintiff's Motion. With that extension the Defendants' opposition to the Motion would be due on or before January 6, 2011.

The White Plains Division of this Office was served with a copy of plaintiff's Motion on Thursday, December 2, 2010, and, accordingly, the Defendants' response to plaintiff's Motion is due tomorrow, December 16, 2010. The Defendants request a three-week extension to oppose the Motion in light of the under-signed counsel's scheduled vacation next week and the factual investigation that may be necessary to respond to plaintiff's Motion, as there are sixteen defendants and the Motion contains a very little information regarding the waivers of service plaintiff purports to have sent to the Defendants.

*[signature]* 12/15/2010

APPLICATION GRANTED
SO ORDERED:
GEORGE A. YANTHIS, USMJ

— Defendants to respond by 1/6/2011

— Plaintiff may reply by 1/20/2011

I am sending plaintiff a copy of this letter by mail because no faster means is practicable. Thank you for your consideration of this matter.

Respectfully,

PREET BHARARA
United States Attorney

By: *Amy Barcelo*
AMY A. BARCELO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.   (212) 637-6559
Fax   (212) 637-2730

cc: William L. Ball, *pro se* (by First Class Mail)
P.O. Box 2134
Poughkeepsie, NY 12601-0234